UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 70.114.209.7, <br><br> Defendant. | Civil Case No. 1:22-cv-01059-RP |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 70.114.209.7, are voluntarily dismissed with prejudice.

Dated: December 23, 2022                    Respectfully submitted,

                                            By:  */s/ Paul S. Beik*

                                              Paul S. Beik
                                              Beik Law Firm PLLC
                                            917 Franklin Street, Suite 220
                                            Houston, Texas  77002
                                            Tel: (713) 869-6975
                                            Fax: (713) 583-9169
                                            paul@beiklaw.com
                                            www.beiklaw.com

                                            **ATTORNEY FOR PLAINTIFF,**

                                            **STRIKE 3 HOLDINGS, LLC**